No. 7098.

THE STATE EX REL. WILLIAM A. ELMORE VS. ALLEN JUMEL, AUDITOR.

When a judge has acquired his office in the manner provided by the Constitution, he has a vested right to its emoluments during the term fixed by that instrument for its duration, of which the Legislature cannot deprive him. If impeded in the exercise of his judicial functions, and deprived of the opportunity to discharge the duties imposed upon him by his acceptance of the office, he cannot be divested of it, except by one of the modes designated by the Constitution for that purpose, nor can he be denied his demand for the salary thereof, which is prohibited from being diminished during his term.

A *mandamus* to the auditing officer of the government is an appropriate and permitted remedy for an officer of that government seeking payment of his salary, but the Auditor cannot be compelled to warrant on the Treasurer in favor of any officer beyond the appropriation made by the Legislature for him.

APPEAL from the Third District Court of New Orleans. MONROE, J.

*W. W. King* for the Relator. The Assistant Attorney-General for the Respondent.

MANNING, C. J. Applied the doctrine of the State ex rel. Collens *v.* Jumel, 30 La. Ann. 861.